IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01691-OES

SHAUN A. BROWN,

      Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
JOE ORTIZ (Executive Director), and
ANTHONY A. DeCESARO (Grievance Officer),

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    Plaintiff's "Motion to Add Exhibit Z Into Complaint" filed September 19, 2005, is GRANTED.

Dated: September 23, 2005

Copies of this Minute Order mailed on September 23, 2005, to the following:

Shaun A. Brown
Prisoner No. 62593
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

_____
Secretary/Deputy Clerk