IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01691-EWN-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2005

GREGORY C. LANGHAM
CLERK

SHAUN A. BROWN,

     Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
JOE ORTIZ (Executive Director), and
ANTHONY A. DECESARO (Grievance Officer),

     Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated:  September 28, 2005

BY THE COURT:

s/Edward W. Nottingham
UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01691-EWN-OES

Shaun A. Brown
Prisoner No. 62593
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

US Marshal Service
Service Clerk
Service forms for: Anthony A. DeCesaro

Colorado Department of Corrections and Joe Ortiz – WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
DC Box - **COURTESY COPY**

        I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals, and the following forms to Cathie Holst and U.S. Marshal for process of service
on Colorado Department of Corrections, Joe Ortiz and Anthony DeCesaro: COMPLAINT
FILED 8/31/05, SUMMONS, WAIVER*, AND CONSENT FORM  on  9/29/05    .

                          GREGORY C. LANGHAM, CLERK


                    By: _____
                              Deputy Clerk