IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01691–EWN–MEH

SHAUN A. BROWN,

    Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
JOE ORTIZ (Executive Director), and
ANTHONY A. DeCESARO (Grievance Officer),

    Defendants.

---

## ORDER OF DISMISSAL OF DEFENDANT ANTHONY A. DECESARO WITH PREJUDICE

---

This matter is before the court on the "Motion to Dismiss Anthony A. DeCesaro from Prisoner Complaint" filed December 7, 2005. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED against Defendant Anthony A. DeCesaro, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 12th day of June, 2006.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge