IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01691–EWN–MEH

SHAUN A. BROWN,

    Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS, and
JOE ORTIZ (Executive Director),

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation on Pending Dispositive Motions" filed July 26, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Defendants' Motion to Dismiss (#44) is GRANTED. .

3. Plaintiff's Motion for Summary Judgment (#49) is DENIED.

4. This case is dismissed without prejudice for Plaintiff to pursue any state law claims in the appropriate forum.

DATED this 12th day of Sepember, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge